

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-97,128-01

## EX PARTE JUSTIN URIAH SEEGER, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 2021-1004-C1A IN THE 19TH DISTRICT COURT
## MCLENNAN COUNTY

*Per curiam.*

## OPINION

Applicant was convicted of online solicitation of a minor (Count 1), possession of a controlled substance (Count 2), and unlawful possession of a firearm by a felon (Count 3). He was sentenced to 60 years′ imprisonment on Counts 1 & 2 and 20 years′ imprisonment on Count 3. The Twelfth Court of Appeals affirmed his conviction. *Seeger v. State*, No. 12-24-00166-CR (Tex. App.—Tyler May 21, 2025, no pet.). Applicant filed this application for a writ of

habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. See Tex. Code Crim. Proc. art. 11.07.

Applicant contends that appellate counsel failed to timely inform him that his conviction had been affirmed and advise him of his right to file a *pro se* petition for discretionary review. Based on the record, we have determined that appellate counsel's performance was deficient and that Applicant would have timely filed a petition for discretionary review but for counsel's deficient performance.

Relief is granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997); *Ex parte Crow*, 180 S.W.3d 135 (Tex. Crim. App. 2005). Applicant may file an out-of-time petition for discretionary review of the judgment of the Twelfth Court of Appeals in cause number 12-24-00166-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: February 26, 2026
Do not publish